**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LAWRENCE SCOTT,<br>an individual, | ) | |
| | ) | Case No.: 4:23-cv-3803 |
| Plaintiff, | ) | |
| v. | ) | Judge: George C. Hanks, Jr. |
| | ) | |
| QSR REAL ESTATE HOLDINGS, LLC,<br>a Texas Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement. The parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

November 13, 2024

Respectfully submitted,                              Respectfully submitted,

_/s/ Brian T. Ku                   ._                  _/s/ Robert C. Newark, III                  ._
Brian T. Ku                                              Robert C. Newark, III
Attorney-in-charge                                    State Bar No. 24040097
S.D. TX No. 3424380                                 1341 W. Mockingbird Ln, Ste 600W
Ku & Mussman, P.A.                                  Dallas, TX 75247
18501 Pines Blvd., Ste. 362                       Telephone: (866)230-7236
Pembroke Pines, FL 33029                         Fax: (888)316-3398
Tel: (305) 891-1322                                   robert@newarkfirm.com
Fax: (954) 686-3976
brian@kumussman.com                             *Attorney for Defendant*

1

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November 2024 a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which generated a copy to all counsel of record.

By: ___*/s/ Brian T. Ku*___.
Brian T. Ku

2