# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QSR REAL ESTATE HOLDINGS, LLC, a Texas Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No.: 4:23-cv-3803

Judge: George C. Hanks, Jr.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, LAWRENCE SCOTT, and Defendant, QSR REAL ESTATE HOLDINGS, LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this matter with prejudice, with the parties to bear their own attorney's fees and cost.

**Dated: December 16, 2024**

Respectfully submitted,

*/s/ Brian T. Ku* .
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Blvd., Ste. 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
brian@kumussman.com

and

John K. Grubb

Respectfully submitted,

*/s/ Robert C. Newark, III* .
Robert C. Newark, III
State Bar No. 24040097
1341 W. Mockingbird Ln, Ste 600W
Dallas, TX 75247
Telephone: (866)230-7236
Fax: (888)316-3398
robert@newarkfirm.com

*Attorney for Defendant*

1

Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2024 a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which generated a copy to all counsel of record.

By: ___*/s/ Brian T. Ku*___.
      Brian T. Ku