United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, <br><br> Plaintiff, <br> VS. <br><br> QSR REAL ESTATE HOLDINGS, LLC, a Texas Limited Liability Company, <br><br> Defendants. | § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:23-CV-3803 |

## ORDER OF DISMISSAL

On December 16, 2024, Plaintiff, LAWRENCE SCOTT, and Defendant, QSR REAL ESTATE HOLDINGS, LLC, filed a Joint Stipulation of Dismissal with Prejudice (Dkt. #21) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on December 16, 2024.

_____
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**